

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Clayton Mountain Development, LLC; 7R Owners Association, Inc.; Michael Ruff in his capacity as Trustee of MAR Living Trust; Aramar Holdings LLC; Premium Sandstone LLC; and Michael Ruff in his capacity as Trustee of Commander Neyo Trust,

\* From the 29th District Court of Palo Pinto County, Trial Court Nos. C46164 & C46164-2

Vs. No. 11-20-00114-CV

\* August 5, 2021

Suzann Ruff,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the trial court's June 4, 2020 order. We reverse the portion of the trial court's June 4, 2020 order in which it awarded attorney's fees to Suzann Ruff and render judgment that Suzann take nothing on her request for attorney's fees. In all other respects, we affirm the trial court's June 4, 2020 order. The costs incurred by reason of this appeal are taxed 50% against Appellants and 50% against Suzann Ruff.